STANLEY GOFF (Bar No. 289564)
15 Boardman Place Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TISHAY WRIGHT,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF ALAMEDA; and DOES 1 to 10, inclusive,<br><br>Defendants. | **Case 3:25-cv-02603-CRB**<br><br>**PLAINTIFF'S NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND (PROPOSED ORDER)** |

PLEASE TAKE NOTICE, that the Law Office of Stanley Goff has been retained to substitute in as counsel for PLAINTIFF TISHAY WRIGHT in the above-captioned matter.

Withdrawing counsel for Plaintiff is:

Eugenia Bagdassarian, Esq.
**TRIAL LIT ATTORNEYS, APC**
600 W. Broadway, Suite 235
Glendale, CA 91204 Tel: (818) 584-3500
Fax: (877) 565-0213

All pleadings, orders, notices should henceforth be served upon the following substituted counsel for Plaintiff.

Stanley Goff, Esq.
Law Office of Stanley Goff
15 Boardman Place
San Francisco, CA 94103
Phone: 415-571-9570
Fax: 415-864-3389
Email: goffs@mail2world.com

The undersigned parties consent to the above withdrawal and substitution of counsel.

Dated: September 4, 2025

By: /s/ *TISHAY WRIGHT*
Plaintiff

Dated: September 4, 2025

By: /s/ *Eugenia Bagdassarian*
Eugenia Bagdassarian, Esq.
Withdrawing Counsel for Plaintiff

I hereby attest that I obtained concurrence in the filing of this document from the signatory on this e-filed document.

Dated: September 4, 2025

LAW OFFICE OF STANLEY GOFF

By: _/s/_*Stanley Goff*_________________
STANLEY GOFF
Attorney for Plaintiff

[PROPOSED] ORDER

The above withdrawal and substitution of counsel is approved and so ORDERED.

Dated:

______________________________
Senior District Judge Charles R. Breyer