KEVIN P. ALLEN, State Bar No. 252290
kallen@aghwlaw.com
KELSEY J. MOE, State Bar No. 328815
kmoe@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 697-2000
Facsimile: (415) 813-2045

Attorneys for Defendants
COUNTY OF ALAMEDA and JERIAH GURLEY

STANLEY CRAIG GOFF, JR., State Bar No. 289564
scraiggoff@aol.com
LAW OFFICE OF STANLEY GOFF
15 Boardman Place, Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570

Counsel for Plaintiff
TISHAY WRIGHT

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TISHAY WRIGHT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF ALAMEDA; JERIAH GURLEY; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 3:25-cv-02603-CRB<br><br>**JOINT STIPULATION TO CONTINUE CASE DEADLINES; ~~[PROPOSED]~~ ORDER**<br><br>Hon. Charles R. Breyer<br><br>Trial: Not yet set |

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff TISHAY WRIGHT ("Plaintiff") and Defendants COUNTY OF ALAMEDA and JERIAH GURLEY (collectively, "Defendants") (Plaintiff and Defendants, collectively, "the Parties"), by and through their respective counsel of record, hereby stipulate and respectfully request the following modifications to the Scheduling Order (Dkt. No. 40):

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1. Plaintiff filed her operative Third Amended Complaint ("TAC") against Defendants on December 22, 2025. (Dkt. No. 37.) Defendants answered on January 5, 2026. (Dkt. No. 38.)

2. The Court vacated the Case Management Conference set for January 16, 2026, and adopted the following case schedule: fact discovery cutoff of August 7, 2026; expert report deadline of September 4, 2026; rebuttal expert report deadline of October 2, 2026; expert discovery cutoff of October 30, 2026; and dispositive motion filing deadline of November 27, 2026. The pre-trial conference and trial dates have not yet been set. (Dkt. No. 40.)

3. A settlement conference was held on March 30, 2026 before Magistrate Judge Alex G. Tse; the case did not settle. (Dkt. Nos. 43, 46.) The parties again appeared before the Court on July 14, 2026, via videoconference, regarding settlement status, at which the scheduling of a second settlement conference was discussed.

4. In the interim, the parties have continued written discovery and depositions. Deputy Gurley's deposition was taken on March 6, 2026, and Plaintiff's deposition was taken on July 17, 2026. Despite this progress, the parties have been unable to complete fact discovery and believe additional time is needed to complete remaining depositions.

5. Having conferred and reviewed their respective availability, the Parties agree to, and respectfully request that the Court, modify the current Scheduling Order as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact discovery cutoff | August 7, 2026 | September 4, 2026 |
| Expert disclosure deadline | September 4, 2026 | October 2, 2026 |
| Rebuttal expert disclosure deadline | October 2, 2026 | October 23, 2026 |
| Expert discovery cutoff | October 30, 2026 | November 13, 2026 |
| Dispositive motion filing deadline | November 27, 2026 | **No change** |

6. This request is made in good faith and not for the purpose of undue delay. Good cause exists for the requested continuance because the Parties need additional time to complete fact discovery. On July 19, 2026, Plaintiff's counsel requested to take the deposition of the Alameda County Sheriff's Department's Rule 30(b)(6) witness, and defense counsel needs time to identify

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

an appropriate witness or witnesses on the designated topics and confirm availability. In addition, Defendants need to depose Carlos Perry, Plaintiff's fiancée and witness identified in Plaintiff's Rule 26 initial disclosures, who has not yet been served. Defendants also need additional time to depose Plaintiff's prior employers and treating physicians, whom defense counsel has had difficulty serving to date.

7. The Parties have worked diligently to coordinate their own calendars and those of the relevant witnesses in order to complete discovery in this matter. The remaining task is completion of the depositions identified above. The Parties believe the requested continuance will allow them to efficiently complete fact discovery, expert discovery, and pre-trial preparation.

8. The requested continuance is modest; it is less than 30 days as to each affected deadline.

9. The Parties have not previously requested any continuance of the case deadlines, and none of the case deadlines has been moved to date.

Respectfully submitted,

Dated: July 21, 2026

ALLEN, GLAESSNER,
HAZELWOOD & WERTH, LLP

By: *\/s/ Kelsey J. Moe*
KEVIN P. ALLEN
KELSEY J. MOE
Attorneys for Defendants
COUNTY OF ALAMEDA and JERIAH GURLEY

Dated: July 21, 2026

LAW OFFICE OF STANLEY GOFF

By: */s/ Stanley Craig Goff, Jr.*
STANLEY CRAIG GOFF, JR.
Attorneys for Plaintiff
TISHAY WRIGHT

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the Scheduling Order (Dkt. No. 40) is modified as set forth above, and the Parties' request to extend the case deadlines is GRANTED.

**IT IS SO ORDERED.**

July 23, 2026
Date

HON. CHARLES R. BREYER
DISTRICT COURT JUDGE

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104